UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALVATORE MILAZZO and JANET MILAZZO, individually and derivatively on behalf of WINDY CITY LIMOUSINE COMPANY, LLC, an Illinois limited liability company, WINDY CITY LIMOUSINE MANAGER, LLC, an Illinois limited liability company, and JKS LIMOUSINES, LLC, an Illinois limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>WINDY CITY LIMOUSINE COMPANY, LLC, an Illinois limited liability company, WINDY CITY LIMOUSINE MANAGER, LLC, an Illinois limited liability company, JKS LIMOUSINES, LLC, an Illinois limited liability company, WINDY CITY BUS LEASING, LLC, an Illinois limited liability company, and GEORGE JACOBS, STANTON SUBECK and LEONARD H. SHERMAN d/b/a LHS VENTURES LIMITED PARTNERSHIP, individually,<br><br>Defendants. | No. 14-cv-09488<br><br>Honorable John Robert Blakey |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)**

Plaintiffs, Sal Milazzo and Janet Milazzo (the "Milazzos"), individually and derivatively on behalf of Windy City Limousine Company, LLC, Windy City Limousine Manager, LLC, and JKS Limousines, LLC (collectively, "Plaintiffs"), by their attorneys, Golan & Christie LLP, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby provides notice to this Court of its voluntary dismissal of this action, without prejudice, and states:

1.      The Milazzos commenced this action on November 25, 2014.

2. The defendants, Windy City Limo, Windy City Manager, JKS, Windy City Bus Leasing, LLC, an Illinois limited liability company ("WCBL"), George Jacobs ("Jacobs"), Stanton Subeck ("Subeck") and Leonard H. Sherman d/b/a LHS Ventures Limited Partnership ("Sherman") (collectively, the "Defendants"), have not filed an answer or other responsive pleading in this matter.

3. The Milazzos have not previously dismissed any action in any court based on or including the same claims against the same Defendants.

4. Accordingly, the Milazzos are permitted under Rule 41(a)(1)(A) to dismiss this action without prejudice.

WHEREFORE, Plaintiffs, Sal Milazzo and Janet Milazzo, respectfully request this Honorable Court enter an order dismissing this action without prejudice.

Dated: January 29, 2015

Respectfully submitted,

SALVATORE MILAZZO and JANET MILAZZO, individually and derivatively on behalf of WINDY CITY LIMOUSINE COMPANY, LLC, WINDY CITY LIMOUSINE MANAGER, LLC, and JKS LIMOUSINES, LLC,

By: /s/ Matthew C. Wasserman
One of their Attorneys

Margaret A. Gisch, Esq.
Matthew C. Wasserman, Esq.
Brianna L. Golan, Esq.
Keith R. C. Pozulp, Esq.
GOLAN & CHRISTIE LLP
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312) 263-2300

2

## CERTIFICATE OF SERVICE

I, Matthew C. Wasserman, an attorney, hereby certify that I caused a copy of the foregoing Plaintiffs' Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(A)(1)(A) be served upon:

See attached Service List

by causing same to be served upon the parties who receive notice via CM/ECF and all other parties via electronic and U.S. Mail, postage prepaid, on the 29th day of January, 2015.

/s/ Matthew C. Wasserman

## SERVICE LIST

*Attorneys for Windy City Limousine Company, LLC*
*Windy City Limousine Manager, LLC, JKS Limousines, LLC*
*Windy City Bus Leasing, LLC and George Jacobs, via CM/ECF*

Jeffrey A. Schulman
Wolin and Rosen
55 West Monroe Street
Suite 3600
Chicago, IL 60603
jschulman@wolinlaw.com

Michael E. Pildes
Wolin and Rosen
55 West Monroe Street
Suite 3600
Chicago, IL 60603
mpildes@wolinlaw.com

*Via Electronic and U.S. Mail*

Stanton Subeck
106 Penn Court
Glenview, IL 60026
stansubeck@prodigy.com

*Via Electronic and U.S. Mail*

Leonard H. Sherman d/b/a LHS Ventures Limited Partnership
180 Pearson Street, Apt 5504
Chicago, IL 60611
lsherman@foc.com